IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **07-cv-1121-JLK**

**GENNIE SHIFTER, LLC, a Colorado limited liability company**,

        Plaintiff,

v.

**LOKAR, INC., a Tennessee corporation,**

        Defendant.

## ORDER

Kane, J.

This matter is before me on Plaintiff's Rule 12(b)(6) Motion to Dismiss Defendant's Counterclaims for Statutory Damages and Attorney Fees (Doc. 14), filed August 2, 2007. On August 21, 2007, the parties stipulated to dismiss the disputed counterclaims and notified the Court that their stipulation mooted Plaintiff's Motion. *See* Doc. 16. Accordingly, Plaintiff's 12(b)(6) Motion is DENIED as moot. The parties shall bear their own attorney fees and costs associated with the motion.

IT IS SO ORDERED.

Dated this 21st day of August, 2007.

                                        s/ John L. Kane
                                        John L. Kane, Senior District Judge
                                        United States District Court