IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **07-cv-1121-JLK**

**GENNIE SHIFTER, LLC, a Colorado limited liability company**,

       Plaintiff,

v.

**LOKAR, INC., a Tennessee corporation,**

       Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

The Stipulated Motion to Amend Stipulated Scheduling and Discovery Order (doc. #25), filed November 5, 2007, is GRANTED. The Scheduling and Discovery Order is amended as follows:

1. The deadline for Joinder of Parties is extended to **December 26, 2007**.
2. The deadline for to Amend Pleadings is extended to **December 26, 2007**.

Dated: November 5, 2007