IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **07-cv-1121-JLK**

**GENNIE SHIFTER, LLC, a Colorado limited liability company**,

        Plaintiff,

v.

**LOKAR, INC., a Tennessee corporation,**

        Defendant.

**ORDER**

Kane, J.

This matter is before me on the parties' Joint Motion to Seal Document (Doc. 27) and Joint Motion to Stay Proceedings (Doc. 28), both filed November 30, 2007. Having carefully considered the Motions and all applicable legal authorities, and being fully advised in the premises, I GRANT both motions and ORDER as follows:

1. The Court will receive and maintain the parties' Joint Motion to Stay Proceedings under seal.

2. This action is hereby stayed up to and including March 21, 2008.

3. The parties shall promptly notify the court if this action is resolved before March 21, 2008. If the parties have not resolved their dispute by this date, the parties shall file a status report no later than March 28, 2008, that includes an agreed extension of each of the deadlines in the Stipulated

Scheduling and Discovery Order (Doc. 20), as amended on November 5, 2007 (Doc. 26), for a period of at least 120 days.

Dated this 7th day of December, 2007.

s/ John L. Kane
John L. Kane, Senior District Judge
United States District Court