IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **07-cv-1121-JLK**

**GENNIE SHIFTER, LLC, a Colorado limited liability company**,

    Plaintiff,

v.

**LOKAR, INC., a Tennessee corporation,**

    Defendant.

## ORDER

Kane, J.

This matter is before me on the parties' Joint Motion to Lift Stay in Proceedings and For an Extension of Pretrial Deadlines (Doc. # 35). Having carefully considered the Motion and all applicable legal authorities, and being fully advised in the premises, I GRANT the Motion and ORDER as follows:

1. The stay in this action, entered on December 7, 2007, is hereby lifted.

2. The pretrial deadlines set forth in the Stipulated Scheduling and Discovery Order (Doc. # 20) are hereby extended by 180 days, yielding the following revised Case Plan and Schedule:

    a. **Deadline for Joinder of Parties: May 14, 2008**

    b. **Deadline to Amend Pleadings: May 14, 2008**

    c. **Discovery Cut-off: September 2, 2008**

**d.** **Dispositive Motions Deadline: October 1, 2008**

**e.** **Expert Witness Disclosure**

(1) The parties shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **July 2, 2008**.

(2) The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **August 4, 2008**.

IT IS SO ORDERED.

Dated this 29th day of February, 2008.

                                        s/ John L. Kane
                                        John L. Kane, Senior District Judge
                                        United States District Court