IN THE UNITED STATES DISTRICT COURT
                        FOR THE DISTRICT OF COLORADO
                         SENIOR JUDGE JOHN L. KANE

Date: May 29, 2008                              Courtroom Deputy: Valeri P. Barnes
                                                Reporter: Darlene Martinez

Case No. 07-cv-01121-JLK-MJW

GENNIE SHIFTER, LLC, a Colorado                 Joseph Jaros
limited liability company,                      Tarek Saad

        Plaintiff,

v.

LOKAR, INC, a Tennessee corporation,            Peter Gergely
                                                Jacob Horton
        Defendant.

_____ _____

                              **COURTROOM MINUTES**
_____

HEARING: Motion

**10:05 a.m.     Court in session.**

Also present: Plaintiffs Todd Gold and Matt Gold.

**ORDERED:** Defendant/Counter-Plaintiff Lokar's Motion to Compel Discovery and to Extend
Deadline for Joining Parties **(41)** is **denied.** The May 14, 2008 deadline for joining
additional parties is **vacated**. Objections to all third-party subpoenas is **sustained.**

THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND THE DATES SET ON THIS
DATE:

DEADLINES:
Joinder of Parties: **October 1, 2008**.
Plaintiffs' production of documents: **July 1, 2008**.
Defendant's motion to compel, if any: **September 15, 2008**.
Estimated Bills of Costs and Attorneys' Fees as to each and every discovery matter due: **30 days from today's date.**

The estimated Bills of Costs and Attorneys' Fee shall be filed with the Court, each party, and their respective clients.

Parties are warned that the next time a discovery dispute arises in this case, serious sanctions will
be considered.

**10:28 a.m.    Court in recess/hearing concluded.**

Total in-court time: 00:23